OPINION — AG — ** MEMORANDUM ** OF THE LEGAL EFFECT OF THE HOLD OVER PROVISIONS OF ARTICLE X, SECTION 24 OKLAHOMA CONSTITUTION. (STATE SENATORS SHALL HOLD OFFICE UNTIL THE FIFTEENTH DAY OF THE SUCCEEDING THE DAY OF THE REGULAR STATE ELECTION, EXPIRATION, TERM OF OFFICE, PUBLIC OFFICIAL, ELECTION) CITE: 51 O.S. 1 [51-1], 51 O.S. 8 [51-8], ARTICLE XXIII, SECTION 10, ARTICLE V, SECTION 9, ARTICLE VII, SECTION 11 (FRED HANSEN)